UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Robert Gonzales

Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( )( )

20 Mag. 8823

Defendant ___Robert Gonzales___ hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

✓ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

✓ Bail/Detention Hearing

___ Conference Before a Judicial Officer

/s/ by Sylvie Levine
_____
Defendant(s) Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Robert Gonzales
_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

Sylvie Levine
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

9/9/2020
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge